JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Avenue, 9th floor
San Francisco, CA 94102
Telephone: 415.436.7324
Facsimile:   415.436.6748
Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> $100,211 IN UNITED STATES ) <br> CURRENCY, ) <br> ) <br> Defendant. ) <br> ) | No. C 08-0156 VRW <br><br> CERTIFICATE OF SERVICE |

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

    1.    Government Complaint for Forfeiture;

    2.    Notice of Forfeiture Action;

    3.    Warrant of Arrest of Property *In Rem;*

    4.    Order Setting Case Management Conference;

    5.    Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

    6.    ADR Dispute Resolution Procedures in the Northern District of California;

7.  ECF Registration Information Handout

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Michael Hingle, Esq
P.O. Box 788
San Jose, CA 95106-0788
Attorney for Obdulia Diaz

Robert Miranda, Esq
1871 The Alameda, #250
San Jose, CA 95126
Attorney for Ricardo Rodriguez Castro

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of January, 2008, at San Francisco, California.

/S/
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit

Certificate of Service
C 08-0156 VRW                                    2