IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>$ 100,211 IN U.S. CURRENCY, et al.,<br><br>        Defendants.<br>_____/ | No.  C 08-0156   VRW<br><br>**CLERK'S NOTICE** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on ECF's Notice of Electronic Filing or the Certificate of Service)

    YOU ARE NOTIFIED THAT the Court has rescheduled the Initial Case Management Conference for the above case from April 17, 2008 to April 24, 2008 at 3:30 p.m.  Parties shall file a joint case management statement one week prior to the conference.   Please report to Courtroom  6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California. Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: February 5, 2008

                                                         FOR THE COURT,
                                                         Richard W. Wieking, Clerk

                                                 By: _/s/ Cora Klein_____
                                                     Courtroom Deputy Clerk to
                                                     Chief Judge Vaughn R Walker