1  MICHAEL E. HINGLE (CA SBN 153369)
   LAW OFFICE OF MICHAEL E. HINGLE
2       PO Box 788
        SAN JOSE, CA 95106-0788
3       Telephone: (408) 286-4998
        Facsimile: (408) 286-4939
4       Email: michael@hingle-law.com
5
   Attorney for Claimant: Obdulia Diaz
6
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
10
   UNITED STATES OF AMERICA,          No.: CV-08-0156
11
            Plaintiff,                VRW
12
        vs.
13
   $100,211.00 IN U.S. CURRENCY,
14
            Defendant.
15
              **VERIFIED CLAIM FOR SEIZED PROPERTY**
16
       NOW INTO COURT, comes Claimant, OBDULIA DIAZ, hereinafter referred to as
17
   Claimant, who pursuant to Supplemental Admiralty Rule C(6) of the Federal Rules of Civil
18
   Procedure makes claim to above captioned Defendant property and asserts that he has a valid
19
   ownership and possessory interest in the Defendant property. Claimant opposes the
20
   Government's attempt to forfeit his property and desires to contest the forfeiture proceeding in
21
   United States District Court.
22
       WHEREFORE, CLAIMANT PRAYS, that his Claim be filed and that his interest in the
23
   Defendant property be recognized.
24
   Respectfully Submitted,
25
   Dated: 2-15-08
26
                                              OBDULIA DIAZ
27
28

                                    1
   Verified Claim

**VERIFICATION**

I declare under penalty of perjury, as provided by 28 U.S.C. 1746, that I have read the foregoing Claim, understand its contents, did execute it as a free act and deed, and certify that the contents thereof are true and correct to the best of my knowledge, information and belief.

Dated: 2-15-08

OBDULIA DIAZ

1  MICHAEL E. HINGLE, SBN 153369
   LAW OFFICE OF MICHAEL E. HINGLE
2
   PO Box 788
3  SAN JOSE, CA 95106-0788
   Telephone: (408) 286-4998
4  Facsimile: (408) 286-4939
   Email: michael@hingle-law.com
5

6  Attorney for Claimant: Obdulia Diaz

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           No.: CV-08-0156

12 |         Plaintiff,                   VRW

13 |    vs.                               **CERTIFICATE OF SERVICE**

14 | $100,211.00 IN U.S. CURRENCY,

15 |         Defendant.

16

17     I hereby certify that on this 19th day of February, 2008, a copy of the Verified Claim For

   Seized Property and Verification was mailed, postage prepaid, to Ms. Susan B. Gray, Assistant
18
   U.S. Attorney, at 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102.
19
   Dated: 2/19/08                        _____
20                                       MICHAEL E. HINGLE (153369)
21                                       LAW OFFICE OF MICHAEL E. HINGLE
                                         P.O. Box 788
22                                       San Jose, CA 95106

23

24

25

26

27

28

                                              1
Certificate of Service