MICHAEL E. HINGLE (CA SBN 153369)
LAW OFFICE OF MICHAEL E. HINGLE
PO Box 788
SAN JOSE, CA 95106-0788
Telephone: (408) 286-4998
Facsimile: (408) 286-4939
Email: michael@hingle-law.com

Attorney for Claimant: Obdulia Diaz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$100,211.00 IN U.S. CURRENCY,<br><br>Defendant. | No.: CV-08-0156 VRW<br><br>**ANSWER TO GOVERMENT'S COMPLAINT FOR FORFEITURE IN REM, DEMAND FOR HEARING, DEMAND FOR JURY TRIAL** |

NOW INTO COURT, through undersigned attorneys, comes Claimant, OBDULIA DIAZ, hereinafter referred to as Claimant, who respectfully Answers the Government's Complaint For Forfeiture *In Rem* as follows:

1. The allegations contained in Paragraph 1 of the Complaint are denied.
2. The allegations contained in Paragraph 2 of the Complaint are admitted.
3. The allegations contained in Paragraph 3 of the Complaint are denied.
4. The allegations contained in Paragraph 4 of the Complaint are denied.
5. The allegations contained in Paragraph 5 of the Complaint are denied.
6. The allegations contained in Paragraph 6 of the Complaint are denied.
7. The allegations contained in Paragraph 7 of the Complaint are denied.
8. The allegations contained in Paragraph 8 of the Complaint are denied.
9. The allegations contained in Paragraph 9 of the Complaint are denied.
10. The allegations contained in Paragraph 10 of the Complaint are denied.

11. The allegations contained in Paragraph 11 of the Complaint are denied.

12. The allegations contained in Paragraph 12 of the Complaint are denied.

13. The allegations contained in Paragraph 13 of the Complaint are denied.

14. The allegations contained in Paragraph 14 of the Complaint are denied.

15. The allegations contained in Paragraph 15 of the Complaint are denied.

16. The allegations contained in Paragraph 16 of the Complaint are denied.

17. The allegations contained in Paragraph 17 of the Complaint are denied.

18. The allegations contained in Paragraph 18 of the Complaint are denied.

19. The allegations contained in Paragraph 19 of the Complaint are denied.

20. The allegations contained in Paragraph 20 of the Complaint are denied.

21. The allegations contained in Paragraph 21 of the Complaint are denied.

22. The allegations contained in Paragraph 22 of the Complaint are denied.

23. The allegations contained in Paragraph 23 of the Complaint are denied.

24. The allegations contained in Paragraph 24 of the Complaint are denied.

25. The allegations contained in Paragraph 25 of the Complaint are denied.

26. The allegations contained in Paragraph 26 of the Complaint are denied.

27. The allegations contained in Paragraph 27 of the Complaint are denied.

28. The allegations contained in Paragraph 28 of the Complaint are denied.

29. The allegations contained in Paragraph 29 of the Complaint are denied.

30. The allegations contained in Paragraph 30 of the Complaint are admitted.

31. The allegations contained in Paragraph 31 of the Complaint are denied.

In addition, Claimant raises the following numbered defenses to the Government's forfeiture suit:

FIRST DEFENSE

Answer to Government's Complaint for Forfeiture

32. The *Res*, which was seized by State authorities, was not properly transferred to the United States Government and as such jurisdiction is not properly vested in federal court.1

SECOND DEFENSE

33. The government/plaintiff lacks probable cause for the institution of the instant forfeiture suit.

THIRD DEFENSE

34. Claimant raises a Fourth Amendment defense in this forfeiture suit and asserts that the defendant property and the evidence which the government intends to rely upon in this forfeiture action was seized in violation of the Fourth Amendment to the United States Constitution and is therefore inadmissible at trial.

35. Claimant reserves the right to supplement and amend this Answer as necessary as matters develop through discovery of certain facts and circumstances regarding the Plaintiff's Complaint for Forfeiture and specifically reserves the right to file any applicable counterclaims.

WHEREFORE, PREMISES CONSIDERED, Claimant prays that this Honorable Court will:

1. Dismiss the government/plaintiff's Complaint for Forfeiture and enter judgment on behalf of the Claimant and that Plaintiff take nothing by reason of this suit;

2. Deny issuance of a certificate of reasonable cause pursuant to 28 U.S.C. 2465 and award costs and attorney's fees to the Claimant; and

3. Provide such other and further relief, both legal and equitable, as the Court deems proper and just.

**DEMAND FOR HEARING**

---

1 Claimant raises this issue as an affirmative defense in an answer at this time, as opposed to a motion to dismiss complaint for forfeiture *In Rem* pursuant to Fed.R.Civ.P. 12(b)(2) and/or (6) at this time, pending the exchange of discovery materials. Claimant reserves the right, after exchange of discovery materials, to bring motions to dismiss, and the failure to do so at this time, prior to exchange of discovery, should not be viewed as a waiver because the issue is initially raised in this manner.

Answer to Government's Complaint for Forfeiture

PLEASE TAKE NOTICE that Claimant demands a hearing pursuant to 19 U.S.C. 1615 at which time the government must demonstrate that it had probable cause to institute this forfeiture proceeding.

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that in the event the government is able to meet its burden under 19 U.S.C. 1615 Claimant demands a separate trial by jury of the instant suit.

Dated this 14th day of March, 20008

By: /s/ Michael E. Hingle

Michael E. Hingle, SBN 153369
Law Office of Michael E. Hingle
P.O. Box 788
San Jose, CA 95106-0788
Tel: (408) 286-4998
Fax: (408) 286-4939
Email: michael@hingle-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of March, 2008, a copy of the foregoing Claim was mailed, postage prepaid, to Ms. Susan B. Gray, Assistant U.S. Attorney, at 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102.

Dated: 3/14/08

MICHAEL E. HINGLE (153369)
LAW OFFICE OF MICHAEL E. HINGLE
P.O. Box 788
San Jose, CA 95106-0788

Answer to Government's Complaint for Forfeiture