| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO (CSBN 44332)<br>   United States Attorney<br>2<br>   BRIAN J. STRETCH (CSBN 163937)<br>3  Chief, Criminal Division<br>4  SUSAN B. GRAY (CSBN 100374)<br>   Assistant United States Attorney<br>5<br>   450 Golden Gate Avenue, Box 36055<br>6  San Francisco, CA 94102<br>   Telephone: (415) 436-7324<br>7  Facsimile: (415) 436-7234<br>   email: Susan.B.Gray@usdoj.gov<br>8<br>   Attorneys for Plaintiff | CHAMBER'S<br>COPY<br>**FILED**<br>SEP 2 4 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>       v.                            )<br>                                     )<br> $100,211 IN UNITED STATES CURRENCY; )<br>                                     )<br>            Defendant.               )<br>_____) | No. C-08-0156 VRW<br><br>STIPULATION TO CONTINUE<br>JOINT CASE MANAGEMENT<br>STATEMENT and (~~PROPOSED ORDER~~) |

The United States, by and through its attorney, Assistant United States Attorney Susan B. Gray, and claimant, Obdulia Diaz, by and through her attorney, Michael E. Hingle hereby submit this stipulation to continue the Case Management Conference from September 25, at 3:30 p.m. to December 11, at 3:30 p.m. or such other time as the Court finds convenient.

The parties Joint Case Management Statement filed on September 17, 2008, sets forth the reasons for the stipulated request to continue the Case Management Conference.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Stipulation and Order

1

Dated: September 23, 2008

/S/
SUSAN B. GRAY
Assistant United States Attorney

2

3

4

Dated: September 23, 2008

/S/
MICHAEL E. HINGLE
Attorney for Claimant
Obdulia Diaz

5

6

7

8    GOOD CAUSE appearing, the Case Management Conference currently scheduled for September 25, at 3:30 p.m. is continued to December 11, at 3:30 p.m. 2008.

9

10

11   IT IS SO ORDERED.

12

VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION and PROPOSED ORDER

2